UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>                              Plaintiff,<br><br>            -against-<br><br>SPECIAL AGENT IN CHARGE OF FBI FIELD OFFICE IN SOUTHERN DISTRICT OF NEW YORK (SDNY),<br><br>                              Defendant. | 22-CV-10740 (LTS)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 16, 2014, Plaintiff was barred from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining permission from the court to file. *See Emrit v. AOL Time Warner*, ECF 1:14-CV-0314, 13 (S.D.N.Y. May 16, 2014). Plaintiff files this new *pro se* civil action, seeks IFP status, and has not sought permission from the court to file.[1] The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the May 16, 2014, order in *Emrit*, 1:14-CV-0314.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] Plaintiff originally filed this action in the United States District Court for the Northern District of New York, and by order dated November 15, 2022, that court transferred the action here . (ECF 6.) Plaintiff's complaint is virtually identical to a previously filed complaint that the Northern District of New York transferred here. *See Emrit v. Special Agent*, ECF 1:22-CV-9832, 6 (S.D.N.Y. Dec. 1, 2022) (dismissing complaint without prejudice under 28 U.S.C. § 1651), *appeal pending* (2d Cir.).

The Clerk of Court is directed to enter judgment dismissing this action.

SO ORDERED.

Dated:   December 21, 2022
        New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge